**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. **00-6356 CR-ZLOCH**

8 U.S.C. § 1326(a)    MAGISTRATE JUDGE
                      SELTZER

UNITED STATES OF AMERICA,        )
                                 )
         Plaintiff,              )
vs.                              )
                                 )
MICHAEL McKAY,                   )
a/k/a "Stanley W. Goody",        )
a/k/a "Michael Wright",          )
                                 )
         Defendant.              )
_____)

### INDICTMENT

The Grand Jury charges that:

#### COUNT I

On or about November 22, 2000, at Fort Lauderdale, Broward County, in the Southern District of Florida, the defendant,

> MICHAEL McKAY,
> a/k/a "Stanley W. Goody",
> a/k/a "Michael Wright",

an alien, previously having been removed from the United States to Jamaica, knowingly attempted to enter the United States without the Attorney General having expressly consented to such



alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Sections 1326(a).

A TRUE BILL

*Leonard Roth*
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES OF AMERICA    CASE NO. _____

v.

**Michael Mc Kay**    **CERTIFICATE OF TRIAL ATTORNEY***
a/k/a Stanley W. Goody,
a/k/a Michael Wright,

**Superseding Case Information**:

**Court Division**: (Select One)     New Defendant(s)    Yes ___ No ___
                                     Number of New Defendants ___
___ Miami  ___ Key West              Total number of counts ___
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __No__
   List language and/or dialect __English__

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)        (Check only one)

   I    0 to 5 days     _X_      Petty     ___
   II   6 to 10 days    ___      Minor     ___
   III  11 to 20 days   ___      Misdem.   ___
   IV   21 to 60 days   ___      Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No   If yes, was it pending in the Central Region? __ Yes _X_ No

8. Did this case originate in the Narcotics Section, Miami? __ Yes _X_ No

*[signature]*
Laurence M. Bardfeld
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. 712450

*Penalty Sheet(s) attached

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: Michael Mc Kay _____ NO. _____

Count #I: Illegal Re-entry after deportation; in violation of 8:1326(1) _____

*Max. Penalty: Two (2) years' maximum imprisonment; $250,000 fine _____

Count # _____

*Max. Penalty: _____

Count #: _____

Max. Penalty: _____

Count#: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV 12/12/96

No. 04430

# UNITED STATES DISTRICT COURT
**Southern** District of **Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

Michael Mc Kay
a/k/a Stanley W. Goody,
a/k/a Michael Wright

## INDICTMENT

8 USC § 1326(a)

A true bill.

_____
*Foreperson*

Filed in open court this _____ day,

of _____ A.D. 19 ___

_____
*Clerk*

Bail, $ _____