## United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

**Michael Mc Kay**
a/k/a Stanley W. Goody,
a/k/a Michael Wright,

**WARRANT FOR ARREST**

**00-6356**

CASE NUMBER: **CR-ZLOCH**

TO: **The United States Marshal
and any Authorized United States Officer**

MAGISTRATE JUDGE
SELTZER

YOU ARE HEREBY COMMANDED to arrest _____ Michael Mc Kay _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Illegal re-entry into the United States after deportation;

in violation of Title __8__ United States Code, Section(s) 1326(a)

CLARENCE MADDOX
Name of Issuing Officer

_Jenny Butler_
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

December 14, 2000 Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pre-trial Detention requested   by Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |