

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6356-CR-Zloch

UNITED STATES OF AMERICA

vs

MICHAEL MCKAY

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on December 19, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:        Address: __In Custody_____

                  _____

                  Telephone:_____

DEFENSE COUNSEL:  Name:____Federal Public Defender_____

                  Address:_____

                  _____

                  Telephone:_____

BOND SET/CONTINUED:  $____100,000.00 Corporate Surety w/Nebbia____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this__19th_____day of __December, 2000.

                            CLARENCE MADDOX
                            COURT ADMINISTRATOR/CLERK OF COURT

                            By: _____
                                Deputy Clerk
                            Tape No. __00-098__

cc: Copy for Judge
    U. S. Attorney

