COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

"ADD ON"

DEFT: MICHAEL MCKAY          CASE NO: 00-6356-CR-ZLOCH
AUSA: Lawrence Bardfeld      ATTNY: Robert Berube
AGENT: ___                   VIOL: Re-entry of Deported Alien
PROCEEDING: I/A- Indictment  BOND REC: PTD
BOND HEARING HELD - yes/(no) COUNSEL APPOINTED: Federal Public Defenders
✓ BOND SET @ $100,000.00 Corporate Surety w/Nebbia Requirement
CO-SIGNATURES: ___
    Reading of indictment waived
    Not Guilty plea entered
    Jury trial demanded
    Standing Discovery Order requested
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
    ___ Electronic Monitoring

each party reserves their right to proceed w/a Bond hearing in the future.

- one audio tape

NEXT COURT APPEARANCE:  DATE: ___  TIME: ___  JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: 1/3/01   11:00   Snow
DATE: DECEMBER 19, 2000   TIME: 11:00   TAPE # 00-098 PG # -2910