FILED y D.C.
DEC 2 0 2000
CLERK U.S.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 66747104

UNITED STATES OF AMERICA )
                Plaintiff ) Case Number: CR 00-6356 (ZLOCH)
                          ) REPORT COMMENCING CRIMINAL
      -vs-                )              ACTION
                          )
Michael McKay             )
            Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI  (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 12/18/00    am/(pm)

(2)  Language Spoken: English

(3)  Offense(s) Charged: Reentry after Deportation

(4)  U.S. Citizen  [ ] Yes  [X] No  [ ] Unknown

(5)  Date of Birth: 6-10-57

(6)  Type of Charging Document: (check one)
     [X] Indictment  [ ] Complaint  To be filed/Already filed
     Case# _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: _____

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES  [ ]NO

Amount of Bond: $ PTD
Who set Bond: _____

(7)  Remarks: _____

(8)  Date: 12/18/00    (9) Arresting Officer: Lew

(10) Agency: INS           (11) Phone: 954-356-7790

(12) Comments: _____