AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Laurence M. Bardfeld   INS S/A Angela Lear 356-7790 Ext. 109

# *United States District Court*

_____SOUTHERN_____ DISTRICT OF _____FLORIDA  529 401_____

UNITED STATES OF AMERICA

V.

**Michael Mc Kay**
a/k/a Stanley W. Goody,
a/k/a Michael Wright,

**WARRANT FOR ARREST**

**00 - 6356**

**CASE NUMBER: CR - ZLOCH**

TO:  **The United States Marshal
and any Authorized United States Officer**

MAGISTRATE JUDGE
SELTZER

YOU ARE HEREBY COMMANDED to arrest _____Michael Mc Kay_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Illegal re-entry into the United States after deportation;

in violation of Title __8__ United States Code, Section(s) 1326(a)

CLARENCE MADDOX
Name of Issuing Officer

/s/ Jenny Butler
Signature of Issuing Officer

Bail fixed at $Pre-trial Detention  *requested*

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

December 14, 2000 Fort Lauderdale, Florida
Date and Location

by Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |||
| DATE RECEIVED 12/14/00 | NAME AND TITLE OF ARRESTING OFFICER James R. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 12/19/00 | | Edward Purchase, SDUSM |