HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT  JEFFERSON LEVINE                    CASE NO:  00-6353-CR-DIMITROULEAS

AUSA  LARRY BARDFELD  pre              ATTY  ROBERT BARRAR  pre

Disc rec'd today -
M/due Jan 17 - one extra week for Giglio.  C 694

DEFT  KIMBERLY ADAMS                     CASE NO:  00-6333-CR-FERGUSON

AUSA  THOMAS LANIGAN /Washington  ATTY  FPD - Tim Day

disc rec'd - No motion pending  00-001  C 532

DEFT  ALEXANDER SWANSON                  CASE NO:  00-6358-CR-DIMITROULEAS

AUSA  ROGER POWELL /Washington  ATTY  FPD  Day for Benube

Disc will be sent today - no
pending motions - possibility of  C 574
retained counsel coming in.  M/due - Jan 17

DEFT  LORNA CUMMINGS                     CASE NO:  00-6254-CR-FERGUSON

AUSA  LARRY BARDFELD /Washington  ATTY  FPD  Day
       pres

disc rec'd - to be a plea
                                          C 645

DEFT  MICHAEL McKAY                      CASE NO:  00-6356-CR-ZLOCH

AUSA  LARRY BARDFELD  pres           ATTY  FPD  Day for Swanger

Disc out - no outstanding motions
possible plea  C 667

DEFT_____  CASE NO:_____

AUSA_____  ATTY_____

DATE  1/3/01                              TIME  11:00