UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6356-CR-ZLOCH

UNITED STATES OF AMERICA

    V.                                NOTICE

MICHAEL MCKKAY

| TYPE OF CASE | CRIMINAL |

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                              COURTROOM A
299 E. BROWARD BLVD.          DATE & TIME:
FT. LAUDERDALE, FL 33301     January 16. 2000 at 10:00 AM

CHANGE OF PLEA AND SENTENCING - COUNSEL PLEASE ADVISE YOUR CLIENT
JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: January 5, 2001

cc:
Larry Bardfeld, Esq., AUSA
Samuel Smargon, Esq., AFPD
Probation