JAN 1 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6356-cr-Zloch  DATE 1-16-01

CLERK Carline Newby  REPORTER Carl Schanzler

PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. Michael McKay

U.S. ATTORNEY Larry Bardfeld  DEFT COUNSEL Samuel Smargon

DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Change of Plea to One Count Indictment

RESULT OF HEARING Deft entered a plea of guilty to the one Count Indictment

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 3-30-01  TIME 11:00  FOR Sentencing

MISC No written agreement