UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.

MAR 30 2001

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6356-Cr-Zloch   DATE 3-30-01
CLERK Carline Newby   REPORTER Carl Schanzle
PROBATION Frances Weisberg   INTERPRETER _____

UNITED STATES OF AMERICA v. Michael Makay

U. S. ATTORNEY Larry Bardfeld   DEFT COUNSEL Samuel Smargon

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct 1 - 8 months custody of BOP - 2 yrs Supervised Release - Upon Release from incarceration be Surrendered to INS for deportation

JUDGMENT Proceedings - If deported, not Re-enter the U.S. w/o prior express permission of A.G. - Non-Reporting While outside U.S. #100 assessment

CASE CONTINUED TO _____ TIME _____ FOR _____
FPD appointed for appeal - Ct
MISC Recommends facility in N.Y.