-cr-06356-WJZ    Document 22    Entered on FLSD Docket 05/02/2001    P

AO 245 FLSD 245B (Rev. 9/00) Sheet 2 - Imprisonment

Judgment-Page 2 of 8

DEFENDANT: **McKAY, MICHAEL**
CASE NUMBER: **00-6356-CR-ZLOCH**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eight months.

[X] The Court makes the following recommendations to the Bureau of Prisons: a facility in New York.

[X] **The defendant is remanded to the custody of the United States Marshal.**

[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] at     a.m. / p.m. on

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

    [ ] before 2:00 p.m. on

    [ ] as notified by the United States Marshal.

    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _4-25-01_ to _ALF_ at _White Deer, PA_, with a certified copy of this judgment.

**SUSAN GERLINSKI**
**WARDEN**
~~UNITED STATES MARSHAL~~

By _____
Deputy U.S. Marshal